491 P.2d 1093

**Richard J. REES, Plaintiff and Appellant,**

**v.**

**John W. TURNER, Warden, Utah State Prison, Defendant and Respondent.**

No. 12391.

Supreme Court of Utah.

Dec. 3, 1971.

Richard F. Gordon, of Kesler & Gordon, Salt Lake City, for plaintiff and appellant.

Vernon B. Romney, Atty. Gen., Lauren N. Beasley, Asst. Atty. Gen., Salt Lake City, for defendant and respondent.

CALLISTER, Chief Justice:

Plaintiff, Rees, appeals from an order of the district court denying his petition for a writ of habeas corpus. This present proceeding is the second time[1] that plaintiff has appealed from a hearing denying him this extraordinary writ. The second hearing presented issues not previously raised;

1. Rees v. Turner, 24 Utah 2d 349, 471 P.2d 168 (1970).

2. Dodge v. Turner, 21 Utah 2d 341, 445 P.2d 707 (1968); Wood v. Turner, 19 Utah 2d 133, 427 P.2d 397 (1967).

**442**

we have considered them and found them without merit. Since plaintiff could have tendered these issues upon which he now seeks relief in the first proceeding, but failed to do so, he is barred from presenting them for judicial determination. The issue of the validity of his detention is res judicata.[2]

The order of the district court is affirmed.

TUCKETT, HENRIOD, ELLETT, and CROCKETT, JJ., concur.